# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-5164

———————————————

THEODIST TYRONE RICHARDSON,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
James Daniel, Judge.

June 19, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and WINOKUR and WINSOR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Theodist Tyrone Richardson, pro se, Appellant.

Ashley Moody, Attorney General, for Appellee.